IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | |
|---|---|
| **JOSEPH ANTHONY DANIEL**, | ) |
| Plaintiff, | ) |
| **v.** | ) Case No. |
| | ) **4:14-cv-00443-AKK-TMP** |
| **UNITED STATES OF AMERICA**, | ) |
| Defendant. | ) |

## ORDER

On March 2, 2015, the magistrate judge entered a report and recommendation, doc. 17, regarding plaintiff Joseph Anthony Daniel's "Motion to Submit[] Additional Evidenta[ry] Material in Support of, (sic) the Statement of Claim," which the magistrate judge construed as a motion to amend the complaint, doc. 5, and the parties were allowed fourteen (14) days in which to file objections to the recommendations made by the magistrate judge. Neither party objected

Having reviewed the pleadings, the plaintiff's motion, and the magistrate's report and recommendation, the court hereby **ADOPTS** the report of the magistrate judge. The court further **ACCEPTS** the recommendation of the

magistrate judge that Daniel's motion to amend the complaint be **GRANTED** and this action **DISMISSED WITHOUT PREJUDICE**.

    **DONE** this 24th day of March, 2015.

                                                                                 **ABDUL K. KALLON**
                                                                  UNITED STATES DISTRICT JUDGE